UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MASRY, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>LOWE'S COMPANIES, INC., et al.,<br><br>     Defendants. | Case No. 25-cv-02959-EMC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Charles R. Breyer for consideration of whether the case is related to *Masry et al v. Lowe's Companies, Inc. et al*, No. 3:24-cv-00750-CRB.

**IT IS SO ORDERED.**

Dated: April 28, 2025

EDWARD M. CHEN
United States District Judge